IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40375
Conference Calendar
_____


JOE HENRY MACK,

                                        Plaintiff-Appellant,

versus

GARY MOHR, Building Major, DAVID
DOUGHTY; HARRIS, Officer; NEWCOST,
Officer, BENNETT, Officer, MACK,
Officer,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-393
- - - - - - - - - -
February 9, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Joe Henry Mack, Texas prisoner # 671331, appeals the
district court's dismissal of his civil rights suit as frivolous.
28 U.S.C. § 1915(e)(2)(B)(i).  He argues that the dismissal of
his suit under § 1915(e)(2)(b)(i) was premature, that he suffered
from denial of library access in violation of the Eighth

_____

[*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

[**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Amendment, and that the Defendants were deliberately indifference to his serious medical needs in delivering medical care and in making job assignments.  The district court did not abuse its discretion in dismissing Mack's suit as frivolous.  Mack's appeal is without arguable merit and is therefore frivolous.  *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).  It is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED.